■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GILES WADE, Petitioner, v CARL D. BERRY, as Superintendent of Woodbourne Correctional Facility, et al., Respondents.—Application, pursuant to CPLR 7002 (b) (2), for writ of habeas corpus denied *(see, People ex rel. Davis v Coombe,* 97 AD2d 667). Mahoney, P. J., Kane, Main, Levine and Harvey, JJ., concur.